UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEREK N. MOORE (#390963)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-297-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated September 9, 2017 (R. Doc. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, Petitioner's application for habeas corpus is DENIED, and this proceeding is DISMISSED, with prejudice. Further, in the event that Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana, on September 26, 2017.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**